# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL F. ABRAMS<br>664 MEADOW STREET<br>MARION, OH 43302 | ) **CASE NO: 3:13CV137**<br>)<br>) **JUDGE JACK ZOUHARY**<br>) |
| JESSE ABRAMS<br>450 LEE STREET<br>MARION, OHIO 43302 | )<br>) **SECOND AMENDED COMPLAINT**[1]<br>)<br>) |
| TAMARA ABRAMS<br>450 LEE STREET<br>MARION, OHIO 43302 | )<br>)<br>)<br>) |
| ANGELA ALLEN<br>334 N. GREENWOOD AVENUE APT. A<br>MARION, OH 43302 | )<br>)<br>)<br>) |
| JOHN AMOS<br>707 BENNETT STREET APT. #2<br>MARION, OH 43302 | )<br>)<br>)<br>) |
| BRANDON BAILEY<br>1080 WOODWIND DRIVE<br>TALBOTT, TN 37877 | )<br>)<br>)<br>) |
| ARIEL BAILEY<br>1080 WOODWIND DRIVE<br>TALBOTT, TN 37877 | )<br>)<br>)<br>) |
| KEVIN BALLARD<br>437 EVANS ROAD<br>MARION, OHIO 43302 | )<br>)<br>)<br>) |
| BRIAN BALLINGER<br>452 SWISS DRIVE<br>MARION, OHIO 43302 | )<br>)<br>)<br>) |
| CB, A MINOR, BY AND THROUGH<br>HIS LEGAL GUARDIAN AND NEXT<br>FRIEND JENNIFER SCHENK<br>452 SWISS DRIVE<br>MARION, OHIO 43302 | )<br>)<br>)<br>)<br>) |

---

[1] Filed per Leave of Court.

)
)
KB, A MINOR, BY AND THROUGH            )
HIS LEGAL GUARDIAN AND NEXT            )
FRIEND JENNIFER SCHENK                 )
452 SWISS DRIVE                        )
MARION, OHIO 43302                     )
)
TB, A MINOR, BY AND THROUGH            )
HIS LEGAL GUARDIAN AND NEXT            )
FRIEND JENNIFER SCHENK                 )
452 SWISS DRIVE                        )
MARION, OHIO 43302                     )
)
MICHAEL BALLINGER                      )
1235 FAIRWOOD AVENUE                   )
MARION, OHIO 43302                     )
)
KIM BARNETT                            )
333 OLENY AVENUE                       )
MARION, OH 43302                       )
)
AMANDA BARTON                          )
801 UNDERWOOD AVENUE, S.               )
MARION, OH 43302                       )
)
BUFFY BAY                              )
289 CHICAGO AVENUE                     )
MARION, OH 43302                       )
)
SARAH L. BAYLES                        )
434 SOUTH VINE STREET                  )
MARION, OH 43302                       )
)
CORRINA BEATTY                         )
987 DREXEL AVENUE                      )
MARION, OH 43302                       )
)
ANISHA BELTZ                           )
289 CHICAGO AVENUE                     )
MARION, OH 43302                       )
)
DUSTIN BELTZ                           )
2702 EAST DRIVE                        )
MARION, OH 43302                       )
)

2

JACOB BELTZ )
289 CHICAGO AVENUE )
MARION, OH 43302 )
)
JERRY BENSON )
816 SAVANNAH DRIVE )
MARION, OH 43302 )
)
ANGELA BIRD )
436 CHERRY STREET )
MARION, OH 43302 )
)
TASHA BLANTON )
510 DARLINGTON COURT )
MARION, OH 43302 )
)
BMB, A MINOR, BY AND THROUGH HIS )
LEGAL GUARDIAN AND NEXT FRIEND )
TASHA BLANTON )
510 DARLINGTON COURT )
MARION, OH 43302 )
)
LUELLA BLANTON )
775 SAVANNAH DRIVE )
MARION, OH 43302 )
)
BETH BOSTIC )
786 GILL AVENUE )
MARION, OH 43302 )
)
BB, A MINOR, BY AND THROUGH HER )
LEGAL GUARDIAN AND NEXT FRIEND )
CHRISTY PARKER )
764 FAIRFIELD STREET )
MARION, OH 43302 )
)
JACQUELINE BOWERS )
794 SHERIDAN ROAD )
MARION, OH 43302 )
)
RONALD BOWERS )
794 SHERIDAN ROAD )
MARION, OH 43302 )
)
)

THOMAS BOWLING                                    )
444 GIRARD AVENUE                                 )
MARION, OH 43302                                  )
                                                  )
BB, A MINOR, BY AND THROUGH HIS                   )
LEGAL GUARDIAN AND NEXT FRIEND                    )
THOMAS BOWLING                                    )
444 GIRAD AVENUE                                  )
MARION, OH 43302                                  )
                                                  )
TIFFANY BRANTINGHAM                               )
690 MEADOW STREET                                 )
MARION, OH 43302                                  )
                                                  )
MIRANDA BREECE 642                                )
CHERRY STREET                                     )
MARION, OH 43302                                  )
                                                  )
JACOB BREWER                                      )
323 SOUTH VINE STREET                             )
MARION, OH 43302                                  )
                                                  )
JILL BREWER                                       )
323 SOUTH VINE STREET                             )
MARION, OH 43302                                  )
                                                  )
PHILLIP BREWER                                    )
331 SOUTH VINE STREET                             )
MARION, OH 43302                                  )
                                                  )
JOSHUA BRITTON                                    )
269 EAST GEORGE STREET                            )
MARION, OH 43302                                  )
                                                  )
CHARLIE BROWN                                     )
484 SOUTH PROSPECT                                )
MARION, OH 43302                                  )
                                                  )
ROBERT BROWN                                      )
1 CLEVELAND COURT                                 )
MARION, OH 43302                                  )
                                                  )
ERVIN BROWN                                       )
481$^1/_2$R PARK BOULEVARD                        )
MARION, OH 43302                                  )

4

BRYANA BROWN )
468 PARK BOULEVARD )
MARION, OH 43302 )
)
WILLIAM BRUTCHEY )
5806 HARDING HIGHWAY )
CALEDONIA, OH 43302 )
)
JAMES BRUTCHEY )
471 SWISS DRIVE )
MARION, OH 43302 )
)
ROGER BRUTCHEY )
471 SWISS DRIVE )
MARION, OH 43302 )
)
RON BUCHER )
536 SWISS DRIVE )
MARION, OH 43302 )
)
JB, A MINOR, BY AND THROUGH HIS )
LEGAL GUARDIAN AND NEXT FRIEND )
ALAN BUCKLAND )
330 EISENHOWER AVENUE )
MARION, OH 43302 )
)
ZB, A MINOR, BY AND THROUGH HIS )
LEGAL GUARDIAN AND NEXT FRIEND )
ALAN BUCKLAND )
330 EISENHOWER AVENUE )
MARION, OH 43302 )
)
ZB, A MINOR, BY AND THROUGH HIS )
LEGAL GUARDIAN AND NEXT FRIEND )
ALAN BUCKLAND )
330 EISENHOWER AVENUE )
MARION, OH 43302 )
)
ALAN BUCKLAND )
330 EISENHOWER AVENUE )
MARION, OH 43302 )
)
)
)
)

TIFFANY BUTLER )
321 BELMONT STREET )
MARION, OH 43302 )
)
BRYAN KELLY BUTLER )
790 MERKLE AVENUE )
MARION, OH 43302 )
)
DONNY CANTERBURY )
775 SAVANNAH DRIVE )
MARION, OH 43302 )
)
DANNY CANTERBURY )
823 CONGRESS STREET )
MARION, OH 43302 )
)
MARGARET CANTERBURY )
823 CONGRESS STREET )
MARION, OH 43302 )
)
JOSHUA CARDWELD )
355 MT. VERNON AVENUE, APT. 4 )
MARION, OH 43302 )
)
KENDRA CARR )
272 EAST MARK STREET )
MARION, OH 43302 )
)
SARAH CARR )
439 SOUTH PROSPECT ST., APT. B )
MARION, OH 43302 )
)
MICHAEL CARTER )
[CURRENT ADDRESS UNKNOWN] )
)
RICHARD CHEVALIER )
444 GIRARD AVENUE )
MARION, OH 43302 )
)
)
)
)
)
)
)

6

CHRISTINE CHEVALIER )
588 GIRARD AVENUE )
MARION, OH 43302 )

RICHARD CHEVALIER )
588 GIRARD AVENUE )
MARION, OH 43302 )

KAREN CHEVALIER )
444 GIRARD AVENUE )
MARION, OH 43302 )

DELORES CHEVALIER )
444 GIRARD AVENUE )
MARION, OH 43302 )

NAOMI CHEVALIER 299 )
DULUTH AVENUE )
MARION, OH 43302 )

JACK CHEVALIER III )
299 DULUTH AVENUE )
MARION, OH 43302 )

RICHARD CHEVALIER, SR. )
444 GIRARD AVENUE )
MARION, OH 43302 )

DANNY CHILDERS )
376 OLIVER STREET MARION, )
OH 43302 )

LOGAN CHILDERS )
376 OLIVER STREET )
MARION, OH 43302 )

SHAWN CHRISTIAN )
$230^1/_2$ PARK BOULEVARD )
MARION, OH 43302 )

7

KATHLEEN CLARK                          )
369 PEARL STREET                        )
MARION, OH 43302                        )
                                        )
DAVID CLARK                             )
369 PEARL STREET                        )
MARION, OH 43302                        )
                                        )
SHELBY CLARK                            )
1025 BERMUDA DRIVE                      )
MARION, OH 43302                        )
                                        )
NIKKI CLARK                             )
1025 BERMUDA DRIVE                      )
MARION, OH 43302                        )
                                        )
MARK COLUMBER                           )
356 WATERLOO STREET                     )
MARION, OH 43302                        )
                                        )
EVIN COMBS                              )
571 ROCHELLE DRIVE                      )
MARION, OH 43302                        )
                                        )
TIM COMBS                               )
571 ROCHELLE DRIVE                      )
MARION, OH 43302                        )
                                        )
ROBIN COMBS                             )
571 ROCHELLE DRIVE                      )
MARION, OH 43302                        )
                                        )
MILDRED CONVERSE                        )
801 WINDSOR STREET, APT. 24             )
MARION OH 43302                         )
                                        )
HAROLD COOK                             )
402 PEARL STREET                        )
MARION, OH 43302                        )
                                        )
GLADYS COOK                             )
402 PEARL STREET                        )
MARION, OH 43302                        )
                                        )
                                        )
                                        )

8

BRENDA COOPER )
603 POLK STREET )
MARION, OH 43302 )
 )
RUSSELL CORRELL )
760 LILAC LANE )
MARION, OH 43302 )
 )
JOE CORNELIUS )
489 McKINLEY STREET )
MARION, OH 43302 )
 )
CRAIG CORNELIUS )
1041 BELLEFONTAINE AVENUE )
MARION OH 43302 )
 )
APRIL CULWELL )
1028 UNCAPHER AVENUE )
MARION OH 43302 )
 )
CHRISTOPHER A.CULWELL )
1028 UNCAPHER AVENUE )
MARION OH 43302 )
 )
CHRISTOPHER M. CULWELL )
1028 UNCAPHER AVENUE )
MARION, OH 43302 )
 )
KAREN CULWELL )
1028 UNCAPHER AVENUE )
MARION OH 43302 )
 )
NATHANIAL CULWELL )
1028 UNCAPHER AVENUE )
MARION OH 43302 )
 )
DANIEL DAIGNEAU )
313 UNACAPHER AVENUE )
MARION, OH 43302 )
 )
RHONDA DAIGNEAU )
313 UNACAPHER AVENUE )
MARION, OH 43302 )
 )
 )
 )

9

LORA DAVIE )
481 NASSAU DRIVE )
MARION, OH 43302 )
)
JESSE DICKERSON )
790 MERKLE AVENUE )
MARION, OH 43302 )
)
JEANETTE DICKERSON )
790 MERKLE AVENUE )
MARION, OH 43302 )
)
N DILLINGER )
398 PEARL STREET )
MARION, OH 43302 )
)
JOHN DOHERTY )
60 TANGLEWOOD DRIVE, APT 18 )
DELAWARE, OH 43015 )
)
LAURA DONLEY )
538 HENRY STREET )
MARION, OH 43302 )
)
VICTORIA DUNN )
620 HENRY STREET )
MARION, OH 43302 )
)
HEATHER DUNN )
2946 PLEASANT HILL ROAD )
MARION, OH 43302 )
)
BRANDON DUNN )
620 HENRY STREET )
MARION, OH 43302 )
)
WILLIAM DUNN )
620 HENRY STREET )
MARION, OH 43302 )
)
KAREN DUTTON 559 )
PEARL STREET )
MARION, OH 43302 )
)
)

JILL DYKES                                                    )
530 MOUND STREET                                             )
MARION, OH 43302                                             )
                                                             )
CRYSTAL EACHES                                               )
801 WINDSOR STREET APT 22                                    )
MARION OH 43302                                              )
                                                             )
SAM EASTERDAY                                                )
694 GIRARD AVENUE                                            )
MARION, OH 43302                                             )
                                                             )
MITCHELL ELLING                                              )
4 POPPY PLACE                                                )
MARION  OH 43302                                             )
                                                             )
JEFFREY EISEMAN                                              )
1205 HERITAGE LANE                                           )
MARION, OH 43302                                             )
                                                             )
MARGARET EISEMAN                                             )
997 UNDERWOOD SOUTH                                          )
MARION, OH 43302                                             )
                                                             )
COLTON EISEMAN                                               )
1205 HERITAGE LANE                                           )
MARION, OH 43302                                             )
                                                             )
KINSEY EISEMAN                                               )
1205 HERITAGE LANE                                           )
MARION, OH 43302                                             )
                                                             )
SUMMER LEE EISEMAN                                           )
[CURRENT ADDRESS UNKNOWN]                                    )
                                                             )
EILEEN ELSASSER                                              )
108 WESTBROOK BLVD., APT. A UPPER                            )
SANDUSKY, OH 43351                                           )
                                                             )
LINDA FELTNER                                                )
452 SAINT GALLEN STREET                                      )
MARION, OH 43302                                             )
                                                             )
                                                             )
                                                             )

11

MICHELE FETTER )
805 UNCAPHER AVENUE )
MARION, OH 43302 )
)
BRITTANY FISCHER )
234 MALO DRIVE )
MARION, OH 43302 )
)
DALTON FLETCHER )
495 SOUTH PROSPECT STREET )
MARION, OH 43302 )
)
RICHARD FRANKLIN )
334 NORTH GREENWOOD )
AVENUE, APT. C )
MARION, OH 43302 )
)
GRETA FREEMAN )
520 NASSAU DRIVE )
MARION, OH 43302 )
)
MICHAEL FREEMAN )
520 NASSAU DRIVE )
MARION, OH 43302 )
)
DELBERT FREEMAN )
458 SWISS DRIVE )
MARION, OH 43302 )
)
JANET FREEMAN )
458 SWISS DRIVE )
MARION, OH 43302 )
)
JENNIFER FREEMAN )
520 NASSAU DRIVE )
MARION, OH 43302 )
)
JORDAN FREEMAN )
520 NASSAU DRIVE )
MARION, OH 43302 )
)
RODNEY FRENCH )
801 WINDSOR ST., #10 )
MARION, OH 43302 )
)

PATTY GALYK                     )
1140 PINERIDGE DRIVE      )
MARION, OH 43302          )
 )
MARK GALYK                    )
$422^1/_2$ WEST COLUMBIA STREET   )
MARION, OH 43302          )
 )
MG, JR., A MINOR, BY AND THROUGH  )
HIS LEGAL GUARDIAN AND NEXT  )
FRIENDS PATTY GALYK AND MARK  )
GALYK  )
$422^1/_2$ WEST COLUMBIA STREET   )
MARION, OH 43302          )
 )
CORY GAMBLE  )
411 EVANS ROAD  )
MARION, OH 43302  )
 )
AMBROSIA GAMBLE  )
883 SHERIDAN ROAD  )
MARION, OH 43302  )
 )
CG, A MINOR, BY AND THROUGH  )
HIS LEGAL GUARDIAN AND  )
NEXT FRIEND AMBROSIA  )
GAMBLE  )
883 SHERIDAN ROAD  )
MARION, OH 43302  )
 )
DG, A MINOR, BY AND THROUGH  )
HIS LEGAL GUARDIAN AND  )
NEXT FRIEND AMBROSIA  )
GAMBLE  )
883 SHERIDAN ROAD  )
MARION, OH 43302  )
 )
BG, A MINOR, BY AND THROUGH  )
HIS LEGAL GUARDIAN AND  )
NEXT FRIEND AMBROSIA  )
GAMBLE  )
883 SHERIDAN ROAD  )
MARION, OH 43302  )
 )
 )

13

```
                                              )
                                              )
                                              )
 HEATHER GATTSHALL                            )
 225 SILVER STREET                            )
 MARION, OH 43302                             )
                                              )
 HEITH GATTSHALL                              )
 567 AVONDALE AVENUE                          )
 MARION, OH 43302                             )
                                              )
 RUSSELL GRORREL                              )
 760 LILAC LANE                               )
 MARION OH 43302                              )
                                              )
 JOAN GATTSHALL                               )
 4108 GREEN CAMP-ESSEX ROAD                   )
 MARION, OH 43302                             )
                                              )
 JOHN GATTSHALL                               )
 819$^1/_2$ EAST CENTER STREET                )
 MARION, OH 43302                             )
                                              )
 PATRICIA GATTSHALL                           )
 819$^1/_2$ EAST CENTER STREET                )
 MARION, OH 43302                             )
                                              )
 LANA GATTSHALL                               )
 567 AVONDALE AVENUE                          )
 MARION, OH 43302                             )
                                              )
 PG, A MINOR, BY AND THROUGH HIS              )
 LEGAL GUARDIAN AND NEXT FRIEND               )
 DANIELLE MILLER                              )
 209 SHARP STREET                             )
 MARION, OH 43302                             )
                                              )
 RON L. GILMORE                               )
 342 OLNEY                                    )
 MARION, OH 43302                             )
                                              )
 DONNA GILMORE                                )
 342 OLNEY                                    )
 MARION, OH 43302                             )
                                              )
                                              )
```

14

KATHLEEN GORENFLO-PIPER )
365 OLNEY AVENUE )
MARION, OH 43302 )
)
BRYAN GRAHAM )
4017 PLEASANT HILL RD )
MARION, OH 43302 )
)
BRYAN LEVI GRAHAM )
498 PEARL STREET )
MARION, OH 43302 )
)
CHARLES GREGORY )
105 EAST CENTER STREET )
NEVADA, OH 44849 )
)
RICHARD GRUBB )
534 DAVIDS STREET )
MARION, OH 43302 )
)
PHILLIP HALL )
468 PARK BOULEVARD )
MARION, OH 43302 )
)
JANET HALL )
276 UHLER AVENUE )
MARION, OH 43302 )
)
DAN HALL, SR. )
276 UHLER AVENUE )
MARION, OH 43302 )
)
DH, A MINOR, BY AND THROUGH HIS )
LEGAL GUARDIAN AND NEXT )
FRIENDS DAN HALL, SR. AND JANET )
HALL )
276 UHLER AVENUE )
MARION, OH 43302 )
)
COURTNEY HALL )
918 DAFFODIL DRIVE )
MARION, OH 43302 )
)
)
)
)

15

MIMPSI HAMILTON                          )
358 MARY STREET                          )
MARION, OH 43302                         )
                                         )
LACIE HAMPTON                            )
572 HENRY STREET                         )
MARION, OH 43302                         )
                                         )
WILLIAM HARDESTI                         )
406 LATOURETTE STREET                    )
MARION, OH 43302                         )
                                         )
KATHLEEN HARDESTI                        )
406 LATOURETTE STREET                    )
MARION, OH 43302                         )
                                         )
DANIEL HART                              )
845 DAVIDS STREET                        )
MARION OH 43302                          )
                                         )
JACKIE HART                              )
568 BELLEFONTAINE AVENUE                 )
MARION OH 43302                          )
                                         )
SHAWN HART                               )
568 BELLEFONTAINE AVENUE                 )
MARION OH 43302                          )
                                         )
KATTIE HARMON                            )
719 LILAC LANE                           )
MARION, OH 43302                         )
                                         )
RYAN HARMON                              )
719 LILAC LANE                           )
MARION, OH 43302                         )
                                         )
GREGORY HARPER                           )
652 BLAINE AVENUE                        )
MARION, OH 43302                         )
                                         )
JO HARRIS                                )
940 CONGRESS STREET                      )
MARION, OH 43302                         )
                                         )
                                         )
                                         )

RICHIE AND KENDRA HARTER, JR           )
867 MERKLE AVENUE                      )
MARION, OH 43302                       )
                                       )
CHAD HATTEN                            )
922 SHERIDAN ROAD                      )
MARION, OH 43302                       )
                                       )
JACKIE HATTEN                          )
922 SHERIDAN ROAD                      )
MARION, OH 43302                       )
                                       )
BARRY HAZLETT                          )
382 OLNEY AVENUE                       )
MARION, OH 43302                       )
                                       )
TERESA HAZLETT                         )
382 ONLEY AVENUE                       )
MARION, OH 43302                       )
                                       )
REBEKAH HELMS                          )
536 MOUND STREET                       )
MARION, OH 43302                       )
                                       )
KENNETH HELTON                         )
135 MARSH STREET                       )
MARION, OH 44332                       )
                                       )
TAMMY HENDERSON                        )
1333 TRECHEL ROAD                      )
MARION, OH 43302                       )
                                       )
TERRY HENDERSON                        )
1333 TRECHEL ROAD                      )
MARION, OH 43302                       )
                                       )
SHILA HICKCOX                          )
376 NORTH GREENWOOD                    )
MARION, OH 43302                       )
                                       )
HURLEY HICKS, JR.                      )
904 MERKLE AVENUE                      )
MARION, OH 43302                       )
                                       )
                                       )
                                       )

17

JUSTIN HILL )
3406 POLE LANE ROAD )
MARION, OH 43302 )
)
JEAN HIPSHER )
562 COURTLAND AVENUE )
MARION, OH 43302 )
)
EMILY HIPSHER )
562 COURTLAND AVENUE )
MARION, OH 43302 )
)
VALORIE HOCH )
334 PARK BOULEVARFD )
MARION, OH 43302 )
)
STACY HOCH )
4550 DUNBAR ROAD )
PROSPECT, OH 43342 )
)
AARON HODGES )
688 WINDSOR STREET )
MARION, OH 43302 )
)
SUMMER HODGES )
688 WINDSOR STREET )
MARION, OH 43302 )
)
PAUL HOLCOMB )
179 STARK COURT )
MARION, OH 43302 )
)
HAROLD HOLSINGER JR. )
889 BENNETT STREET )
MARION, OH 43302 )
)
CECIL HOLT )
336 PARK BOULEVARD )
MARION, OH 43302 )
)
BRENDA HOOK )
358 ROSEWOOD DRIVE )
MARION, OH 43302 )
)
)

LISA HORN                                    )
569 NORTH STATE STREET                       )
MARION, OH 43302                             )
                                             )
EUNICE DEAN HOUGH                            )
536 SWISS DRIVE                              )
MARION, OH 43302                             )
                                             )
TIMOTHY L. HOUSEWORTH                        )
2066 VICTORY ROAD, SUITE 47                  )
MARION, OH 43302                             )
                                             )
RICKY HUGHES                                 )
864 DAVIDS STREET                            )
MARION OH 43302                              )
                                             )
AMY HUNT                                     )
603 OLNEY AVENUE                             )
MARION, OH 43302                             )
                                             )
TY JACKSON                                   )
301 JOHNSON STREET                           )
MARION, OH 43302                             )
                                             )
MARTHA JACKSON                               )
1215 MERKLE AVENUE                           )
MARION, OH 43302                             )
                                             )
AMANDA JESSIE 645                            )
LEETONIA RD                                  )
MARION, OH 43302                             )
                                             )
KEITH JOHNSON 365                            )
OLNEY AVENUE                                 )
MARION, OH 43302                             )
                                             )
GERALDINE JOHNSON                            )
748 LILAC LANE                               )
MARION, OH 43302                             )
                                             )
MICHAEL JOHNSON                              )
398 BRIGHTWOOD DRIVE                         )
MARION, OH 43302                             )
                                             )
                                             )

LARRY JOHNSON )
1080 WOODWIND DRIVE )
TALBOTT, TN 37877 )
)
GEORGIA JOHNSON 1080 )
WOODWIND DRIVE )
TALBOTT, TN 37877 )
)
KAITLIN JONES )
510 DARLINGTON COURT )
MARION, OH 43302 )
)
KJ, A MINOR, BY AND THROUGH HER )
LEGAL GUARDIANS AND NEXT )
FRIENDS MICHAEL JONES AND )
KAITLIN JONES )
510 DARLINGTON COURT )
MARION, OH 43302 )
)
JOSHUA JONES )
520 NASSAU DRIVE )
MARION, OHIO 43302 )
)
PEGGY JORDAN )
206 NYE STREET )
MARION, OH 43302 )
)
RONALD JORDAN )
206 NYE STREET )
MARION, OH 43302 )
)
SHANIA JORDAN )
206 NYE SRTEET )
MARION, OH 43302 )
)
ROCKY JORDAN I )
206 NYE STREET )
MARION, OH 43302 )
)
ROCKY JORDAN III )
206 NYE STREET )
MARION, OH 43302 )
)
WILLIAM JUSTICE )
1039 REVERE DRIVE )
MARION, OH 43302

AMY JUSTICE                                      )
3068 MARION-WALDE ROAD, STE. 11                  )
MARION, OH 43302                                 )
                                                 )
SANDY KECKLER                                    )
698 UNCAPHER AVE.                                )
MARION, OH 43302                                 )
                                                 )
ERIC KELLER                                      )
538 HENRY STREET                                 )
MARION, OH 43302                                 )
                                                 )
GREG KELLER                                      )
802 RICHMOND AVENUE                              )
MARION, OH 43302                                 )
                                                 )
DIANA KELLER                                     )
802 RICHMOND AVENUE                              )
MARION, OH 43302                                 )
                                                 )
MARK KELLEY                                      )
444 BLAINE AVENUE                                )
MARION, OH 43302                                 )
                                                 )
TINA KING                                        )
340 WINDSOR STREET                               )
MARION, OH 43302                                 )
                                                 )
MICHAEL KISSINGER                                )
475 CLINTON STREET                               )
MARION, OH 43302                                 )
                                                 )
HARRY KLINE                                      )
1349 LAKE BOULEVARD                              )
MARION, OH 43302                                 )
                                                 )
BEULAH M. KLINE                                  )
1204 HERITAGE LANE                               )
MARION, OH 43302                                 )
                                                 )
TIMOTHY KLINE                                    )
478 SOUTYH MAIN STREET                           )
MARION, OH 43302                                 )
                                                 )
                                                 )

ROCKY L. KLINE )
1204 HERITAGE LANE )
MARION, OH 43302 )
)
AMANDA KLUGH )
280 McCORMICK STREET )
LARUE, OH 43332 )
)
ALFRED KOEPPEL )
1407 SOUTHLAND PARKWAY )
MARION, OH 43302 )
)
DAVID KUHLMAN )
11639 COUNTY ROAD 179 OAKWOOD, )
OH 43302 )
)
STACY LANE )
1118 WOODBINE AVENUE )
MARION, OH 43302 )
)
EMMA LANE, A MINOR, BY AND )
THROUGH HER LEGAL GUARDIAN )
AND NEXT FRIEND STACY LANE )
1118 WOODBINE AVENUE MARION, )
OH 43302 )
)
KARIN LANIUS )
1046 UNDERWOOD, S. )
MARION, OH 43302 )
)
VIRGINIA LEE )
358 ROSEWOOD DRIVE )
MARION, OH 43302 )
)
DAVID LEMASTER 782 )
FILLMORE STREET )
MARION, OH 43302 )
)
HOLLY LEMASTER )
442$^{1}/_{2}$ WEST COLUMBIA STREET )
MARION, OH 43302 )
)
PHYLLIS LEMASTER )
782 FILLMORE STREET )
MARION, OH 43302 )

22

AMBER LESTER                                      )
921 S. PROSPECT STREET                            )
MARION, OHIO 43302                                )
                                                  )
STEVE LEWIS                                       )
356 OLNEY AVENUE                                  )
MARION, OH 43302                                  )
                                                  )
JAMIE LEWIS                                       )
276 CLOVER                                        )
MARION, OH 43302                                  )
                                                  )
DENVER LEWIS, JR.                                 )
1061 NATIONAL DRIVE                               )
MARION, OH 43302                                  )
                                                  )
LOLA LEWIS                                        )
536 MOUND STREET                                  )
MARION, OH 43302                                  )
                                                  )
GALE LEWIS                                        )
536 MOUND STREET                                  )
MARION, OH 43302                                  )
                                                  )
RYNE LITTLE                                       )
571 ROCHELLE DRIVE                                )
MARION, OH 43302                                  )
                                                  )
STEVEN LONGBERRY                                  )
387 PARK BOULEVARD                                )
MARION, OH 43302                                  )
                                                  )
KRISTINA L. LUMBERSON                             )
430 PENNSYLVANNIA AVE., APT. D                     )
MARION, OH 43302                                  )
                                                  )
AMANDA MABE                                       )
439 SOUTH PROSPECT ST., APT. B                     )
MARION, OH 43302                                  )
                                                  )
LANDON MABE                                       )
439 SOUTH PROSPECT ST., APT. B                     )
MARION, OH 43302                                  )
                                                  )
                                                  )

23

TERRI MAHLE )
480 BLAINE AVENUE )
MARION, OH 43302 )
)
DONALD MAYSE )
801 WINDSOR STREET APT. 24 )
MARION OH 43302 )
)
BUCK MAZE )
374 THOMPSON STREET )
MARION, OH 43302 )
)
KIMBERLY J. MAZE )
374 THOMPSON STREET )
MARION, OH 43302 )
)
KIMBERLY M. MAZE )
778 CONGRESS STREET )
MARION, OH 43302 )
)
BRANDON McAFEE )
571 HERROGATE SQUARE )
PICKERINGTON, OH 43147 )
)
BRYAN McAFEE )
571 HERROGATE SQUARE )
PICKERINGTON, OH 43147 )
)
ROGER McDANIELS III )
155 EAST WILSON BRIDGE ROAD )
WORTHINGTON, OH 43085 )
)
MOLLY McELDOWNEY )
536 TOLEDO AVENUE )
MARION, OH 43302 )
)
SUE McGOWAN )
246 ELM STREET )
MARION, OH 43302 )
)
LINDA MESSMER )
8901 WINDSOR STREET APT 11 )
MARION OH 43302 )
)
)

JOHN MESSMER                                     )
415 MOUND STREET                                 )
MARION, OH 43302                                 )
                                                 )
ROGER METZ                                       )
208 ESSEX COURT                                  )
MARION, OH 43302                                 )
                                                 )
CHERYL MILLER                                    )
710 BENNET STREET                                )
MARION, OH 43302                                 )
                                                 )
DAVID A. MILLER                                  )
849 DAVIDS STREET                                )
MARION, OHIO 43302                               )
                                                 )
DANIELLE MILLER                                  )
209 SHARP STREET                                 )
MARION, OH 43302                                 )
                                                 )
LBM, A MINOR, BY AND                             )
THROUGH HIS LEGAL GUARDIAN                       )
AND NEXT FRIEND DANIELLE                         )
MILLER                                           )
209 SHARP STREET                                 )
MARION, OH 43302                                 )
                                                 )
JOEY MILLER                                      )
710 BENNET STREET                                )
MARION, OH 43302                                 )
                                                 )
MICHELLE MILLER                                  )
710 BENNET STREET                                )
MARION, OH 43302                                 )
                                                 )
JAMIE MILLER                                     )
716 DARIUS STREET                                )
MARION, OH 43302                                 )
                                                 )
JM, A MINOR, BY AND THROUGH HIS                  )
LEGAL GUARDIAN AND NEXT FRIEND                   )
JAMIE MILLER 716 DARIUS STREET                   )
MARION, OH 43302                                 )
                                                 )
NORMAN MILLER                                    )
280 HANE AVENUE                                  )

MARION, OH 43302                                )
TAMMY MILLER                                    )
613 SUGAR STREET                                )
MARION, OH 43302                                )
                                                )
SHAWN MILLER                                    )
348-1/2 OLNEY AVENUE                            )
MARION, OH 43302                                )
                                                )
RICHARD MILLER                                  )
678 VIRGINIA AVENUE                             )
MARION, OH 43302                                )
                                                )
DONNA MITCHELL                                  )
775 CATALINA DRIVE                              )
MARION, OH 43302                                )
                                                )
OMAR MITCHELL                                   )
775 CATALINA DRIVE                              )
MARION, OH 43302                                )
                                                )
DOUG MITCHELL                                   )
769 SAVANNAH DRIVE                              )
MARION, OH 43302                                )
                                                )
JUSTIN MOHREN                                   )
334 N. GREENWOOD AVE., APT. C                   )
MARION, OH 43302                                )
                                                )
MARILYN MOORE                                   )
1870 ZWAYER DRIVE, APT. M                       )
MARION, OH 43302                                )
                                                )
RAY MOORE                                       )
1870 ZWAYER DRIVE,                              )
APT. M                                          )
MARION, OH 43302                                )
                                                )
CHEYENNE MORGAN                                 )
$442^{1}/_{2}$ WEST COLUMBIA STREET             )
MARION, OH 43302                                )
                                                )
JAMES MONTIS, JR.                               )
882 DAVIDS STREET                               )
MARION OH 43302                                 )
                                                )

LOWELL MUNN                       )
393 WHITMORE AVENUE              )
MARION, OH 43302                  )
                                 )
JUDITH MUNN                       )
393 WHITMORE AVENUE              )
MARION, OH 43302                  )
                                 )
COURTNEY MURPHY                   )
1182 HERITAGE LANE               )
MARION, OH 43302                  )
                                 )
JULIE MUSTARD                     )
875 SAVANNAH DRIVE               )
MARION, OH 43302                  )
                                 )
KEITH MUSTARD                     )
875 SAVANNAH DRIVE               )
MARION, OH 43302                  )
                                 )
WILLIAM MUSTARD                   )
875 SAVANNAH DRIVE               )
MARION, OH 43302                  )
                                 )
SHARON NOGGLE                     )
369 PEARL STREET                 )
 MARION, OH 43302                 )
                                 )
KAMIRA NORTON                     )
298 CLINTON STREET               )
MARION, OH 43302                  )
                                 )
AVERONA NORTON                    )
298 CLINTON STREET               )
MARION, OH 43302                  )
                                 )
RAYMOND NORTON                    )
298 CLINTON STREET               )
MARION, OH 43302                  )
                                 )
PAULINE NORTON                    )
298 CLINTON STREET               )
MARION, OH 43302                  )
                                 )
                                 )

27

SHEILA NORTON )
298 CLINTON STREET )
MARION, OH 43302 )
)
RAYMOND NORTON II )
298 CLINTON STREET )
MARION, OH 43302 )
)
JAMES OBEERDIER )
267 THEW AVENUE )
MARION OH 43302 )
)
ELI ONEY )
820 WOODROW AVENUE )
MARION, OH 43302 )
)
WO, A MINOR, BY AND THROUGH )
HIS LEGAL GUARDIAN AND NEXT )
FRIEND ELI ONEY )
820 WOODROW AVENUE )
MARION, OH 43302 )
)
EARL ONEY )
820 WOODROW AVENUE )
MARION, OH 43302 )
)
EO, A MINOR, BY AND THROUGH HIS )
LEGAL GUARDIAN AND NEXT )
FRIEND ELI ONEY )
820 WOODROW AVENUE )
MARION, OH 43302 )
)
WILLIE OWENS )
451 SILVER STREET )
MARION, OH 43302 )
)
LEAH PARKER )
708 WILLOWCREST )
GALION, OH 44833 )
)
CHRISTY PARKER )
764 FAIRFIELD STREET )
MARION, OH 43302 )
)
)

|  |  |
|---|---|
| LEONARD PARKER<br>764 FAIRFIELD STREET<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| JESSICA PARSONS<br>1016 BENNETT STREET<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| DELLA PARSONS<br>359 BRADFORD STREET<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| ROGER PARSONS<br>350 BRADFORD STREET<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| WEBB PHILLIPS<br>3068 MARION WALDO ROAD LOT 47<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| JAMES PLOTNER<br>707 BENNETT STREET, APT. 2<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| MARLENE PLOTNER<br>1062 NATIONAL DRIVE<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| CECIL POE<br>255 PEARL STREET<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| BRANDY POTTER<br>1613 SOUTHLAND PARKWAY 1<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>) |
| APRIL POWERS<br>1041 BELLEFONTAINE AVENUE<br>MARION OH 43302 | )<br>)<br>)<br>)<br>) |
| MICHAEL PRICE<br>363 LAFAYETTE STREET<br>MARION, OH 43302 | )<br>)<br>)<br>)<br>)<br>) |

SANDRA PRICE                                      )
363 LAFAYETTE STREET                              )
MARION, OH 43302                                  )
                                                  )
TRINA PRIMMER                                     )
452 SWISS DRIVE                                   )
MARION, OH 43302                                  )
                                                  )
DP, A MINOR, BY AND THROUGH HER                   )
LEGAL GUARDIAN AND NEXT FRIEND                    )
TRINA PRIMMER                                     )
452 SWISS DRIVE                                   )
MARION, OH 43302                                  )
                                                  )
CORY RADEBAUGH                                    )
787 GILL AVENUE                                   )
MARION, OH 43302                                  )
                                                  )
JENNIFER REAMES                                   )
795 OAKGROVE AVENUE                               )
MARION, OH 43302                                  )
                                                  )
ALAN REEVE                                        )
194 WILDWOOD COURT                                )
MARION, OH 43302                                  )
                                                  )
JENNIFER REEVE                                    )
194 WILDWOOD COURT                                )
MARION, OH 43302                                  )
                                                  )
KYLIE RIGDON                                      )
820 WOODROW AVENUE                                )
MARION, OH 43302                                  )
                                                  )
BRANDON RINEHART                                  )
334 N. GREENWOOD AVE., APT. A                     )
MARION, OH 43302                                  )
                                                  )
ANSON RIVERS                                      )
570 PEARL STREET                                  )
MARION, OH 43302                                  )
                                                  )
PATRICIA RIVERS                                   )
562 COTTAGE STREET                                )
MARION, OH 43302                                  )

30

STEPHANIE RIVERS )
570 PEARL STREET )
MARION, OH 43302 )
)
PHILLIP ROBERTS )
148 McWILLIAMS COURT )
MARION, OH 43302 )
)
AUDREY F. ROECKER )
2269 KILCHURN DRIVE )
MARION, OH 43302 )
)
AR, A MINOR, BY AND THROUGH HIS )
LEGAL GUARDIAN AND NEXT FRIEND )
STACY LANE )
1118 WOODBINE AVENUE )
MARION, OH 43302 )
)
JEREL ROSE )
322 WEST COLUMBIA )
MARION, OH 43302 )
)
ROBERT ROSE )
606 DAVIDS STREET )
MARION, OH 43302 )
)
RUSSELL ROWLAND )
334 COLUMBIA COURT )
MARION, OH 43302 )
)
RUSTY ROWLAND )
334 COLUMBIA COURT )
MARION, OH 43302 )
)
TRACEY RUDD )
972 UNACAPHER AVENUE )
MARION OH 43302 )
)
BRANDI RUSSELL )
370 LATOURETTE STREET )
MARION, OH 43302 )
)
)

MARY RUSSELL                              )
4088 LYONS ROAD                           )
CALEDONIA, OH 43314                        )
                                          )
BRIAN RUSSELL                             )
370 LATOURETTE STREET                     )
MARION, OH 43302                          )
                                          )
JENNIFER RUSSELL                          )
305 MARION AVENUE                         )
MARION, OH 43302                          )
                                          )
CHARLES RUSSELL                           )
[CURRENT ADDRESS UNKNOWN]                 )
                                          )
MARY RUSSELL                              )
[CURRENT ADDRESS UNKNOWN]                 )
                                          )
JAMES RUSSELL                             )
[CURRENT ADDRESS UNKNOWN]                 )
                                          )
BRIAN RUSSELL, JR.                        )
370 LATOURETTE STREET                     )
MARION, OH 43302                          )
                                          )
NR, A MINOR, BY AND THROUGH HIS           )
LEGAL GUARDIAN AND NEXT FRIEND            )
HOLLY LEMASTER                            )
$422^{1}/_{2}$ WEST COLUMBIA STREET       )
MARION, OH 43302                          )
                                          )
TREVOR RUSSELL                            )
$422^{1}/_{2}$ WEST COLUMBIA STREET       )
MARION, OH 43302                          )
                                          )
DENNIS SARGENT                            )
801 UNDERWOOD AVENUE, S.                  )
MARION, OH 43302                          )
                                          )
JODI SARGENT                              )
801 UNDERWOOD AVENUE, S.                  )
MARION, OH 43302                          )
                                          )
RITA SARGENT                              )
801 UNDERWOOD AVENUE S                    )

MARION, OH 43302                               )
                                               )
DESTRY SARGENT                                 )
529 MEATHOUSE RD UNIT 1, APT. 1                )
KIMPER, KY 41539                               )
                                               )
DENNIS SARGENT, SR.                            )
801 UNDERWOOD AVENUE, S.                       )
MARION, OH 43302                               )
                                               )
PHILLIP SAYLOR                                 )
1073 NATIONAL DRIVE                            )
MARION, OH 43302                               )
                                               )
ROGER SAYRE                                    )
633 EAST FARMING                               )
MARION, OH 43302                               )
                                               )
BELINDA SCHEFF                                 )
698 NORTH MAIN STREET                          )
MARION, OH 43302                               )
                                               )
ADAM SCHEITLER                                 )
326 OLNEY AVENUE                               )
MARION, OH 43302                               )
                                               )
KRYSTAL SCHEITLER                              )
326 OLNEY AVENUE                               )
MARION, OH 43302                               )
                                               )
JENNIFER SCHENK                                )
452 SWISS DRIVE                                )
MARION, OH 43302                               )
                                               )
KS, A MINOR, BY AND THROUGH HIS                )
LEGAL GUARDIAN AND NEXT FRIEND                 )
JENNIFER SCHENK                                )
452 SWISS DRIVE                                )
MARION, OH 43302                               )
                                               )
JACQUELINE SCHENK                              )
1235 FAIRWOOD AVENUE                           )
MARION, OH 43302                               )
                                               )
                                               )
                                               )

33

```
                                          )
                                          )
                                          )
BS, A MINOR, BY AND THROUGH HER           )
LEGAL GUARDIAN AND NEXT FRIEND            )
JACQUELINE SCHENK                         )
1235 FAIRWOOD AVENUE                      )
MARION, OH 43302                          )
                                          )
CARRIE SHARP                              )
468 PARK BOUELVARD                        )
MARION, OH 43302                          )
                                          )
AARON SHAW                                )
276 UHLER AVENUE                          )
MARION, OH 43302                          )
                                          )
MARY SHEPARD                              )
1333 TRECHEL RD                           )
MARION, OH 43302                          )
                                          )
CLYDE SHEPHERD                            )
343 OWENS STREET                          )
MARION, OH 43302                          )
                                          )
REGINA SHEPHERD                           )
343 OWENS STREET                          )
MARION, OH 43302                          )
                                          )
RANDY SHIRK                               )
1017 OAK GROVE STREET                     )
MARION, OH 43302                          )
                                          )
DEBRA SIMPKINS                            )
350 LATOURETTE DRIVE                      )
MARION, OH 43302                          )
                                          )
JOHN SIMPKINS                             )
350 LATOURETTE DRIVE                      )
MARION, OH 43302                          )
                                          )
CHARLES SIPES                             )
825 VERNON HEIGHTS BOULEVARD              )
MARION, OH 43302                          )
                                          )
                                          )
```

34

```
                                              )
 DEEDRE SIPES                                 )
 825 VERNON HEIGHTS BOULEVARD                 )
 MARION, OH 43302                             )
                                              )
 SHIRLEY SIPES                                )
 825 VERNON HEIGHTS BOULEVARD                 )
 MARION, OH 43302                             )
                                              )
 DELTON SIPES                                 )
 825 VERNON HEIGHTS BOULEVARD                 )
 MARION, OH 43302                             )
                                              )
 JOSEPHINE SLONE                              )
 410 OLIVE STREET                             )
 MARION, OH 43302                             )
                                              )
 JEFF SMITH                                   )
 882 DAVIDS STREET                            )
 MARION, OH 43302                             )
                                              )
 MICHAEL SMITH                                )
 1856 GRANDVIEW DRIVE                         )
 MARION, OH 43302                             )
                                              )
 SHARON K. SMITH                              )
 1856 GRANDVIEW DRIVE                         )
 MARION, OH 43302                             )
                                              )
 MARK SMITH                                   )
 1025 STONEWALL COURT                         )
 MARION, OH 43302                             )
                                              )
 BRITTANY SMITH                               )
 230$^1/_2$ PARK BOULEVARD                    )
 MARION, OH 43302                             )
                                              )
 STEPHEN SPARKS                               )
 618 HENRY STREET                             )
 MARION, OH 43302                             )
                                              )
 JESSICA SPARKS                               )
 618 HENRY STREET                             )
 MARION, OH 43302                             )
                                              )
                                              )
```

CARL SPURLOCK JR.                                )
445 BELLFOUNTAINE AVENUE          )
MARION, OH 43302                               )
                                                           )
CARLA SPURLOCK                               )
551 NORTH GREENWOOD STREET   )
MARION, OH 43302                               )
                                                           )
BETTY JO SPURLOCK-EVANS          )
445 BELLFOUNTAINE AVENUE          )
MARION, OH 43302                               )
                                                           )
MARK SMITH                                       )
1025 STONEWALL COURT                  )
MARION, OH 43302                               )
                                                           )
BRITTANY SMITH                               )
$230^1/_2$ PARK BOULEVARD              )
MARION, OH 43302                               )
                                                           )
STEPHEN SPARKS                             )
618 HENRY STREET                            )
MARION, OH 43302                               )
                                                           )
JESSICA SPARKS                               )
618 HENRY STREET                            )
MARION, OH 43302                               )
                                                           )
CARL SPURLOCK JR.                          )
445 BELLFOUNTAINE AVENUE          )
MARION, OH 43302                               )
                                                           )
CARLA SPURLOCK                             )
551 NORTH GREENWOOD STREET   )
MARION, OH 43302                               )
                                                           )
BETTY JO SPURLOCK-EVANS          )
445 BELLFOUNTAINE AVENUE          )
MARION, OH 43302                               )
                                                           )
ARNOLD L. STURGEON                      )
358 MARY STREET                             )
MARION, OH 43302                               )
                                                           )
                                                           )

ARLENE STONE                           )
882 DAVIDS STREET                      )
MARION, OH 43302                       )
                                       )
AMANDA SWARTZ                          )
882 BELLEFONTAINE AVENUE               )
MARION, OH 43302                       )
                                       )
STEVE SWARTZ                           )
882 BELLEFONTAINE AVENUE               )
MARION, OH 43302                       )
                                       )
ERICKA TACKETT                         )
707 BENNETT STREET, APT. 1             )
MARION, OH 43302                       )
                                       )
JOSHUA TACKETT                         )
707 BENNETT STREET, APT. 3             )
MARION, OH 43302                       )
                                       )
TERRY TACKETT                          )
990 MERKLE AVENUE                      )
MARION, OH 43302                       )
                                       )
BEVERLY TANNER                         )
726 BENNETT STREET                     )
MARION, OH 43302                       )
                                       )
JAMES TAYLOR                           )
707 GIRARD AVENUE                      )
MARION, OH 43302                       )
                                       )
AARON TAYLOR                           )
1037 OLIVE AVENUE                      )
MARION, OH 43302                       )
                                       )
MELISSA TAYLOR                         )
774 MERKLE AVENUE                      )
MARION, OH 43302                       )
                                       )
CASEY TAYLOR                           )
774 MERKLE AVENUE                      )
MARION, OH 43302                       )
                                       )
                                       )
                                       )

CASEY TAYLOR                                    )
657 GERARD STREET                              )
MARION, OH 43302                               )
                                               )
HAROLD TAYLOR                                  )
121 SOUTH GRAND AVENUE                          )
MARION, OH 43302                               )
                                               )
EMMA TENNAR                                    )
303 EXECUTIVE DRIVE. APT. L                     )
MARION, OH 43302                               )
                                               )
BRETT TENNAR                                   )
3100 TOWNSHIP RD 136                            )
EDISON, OH 43302                               )
                                               )
JENNIFER TENNAR                                )
3100 TOWNSHIP ROAD 136                          )
EDISON, OH 43320                               )
                                               )
ROBERT THACKER, JR                             )
423 SOUTH PROSPECT STREET                       )
MARION, OH 43302                               )
                                               )
DAVID THOMPSON                                 )
984C OAK GROVE AVENUE                           )
MARION, OH 43302                               )
                                               )
TRAVIS THOMPSON                                )
1325 TABITHA STREET WHITE                        )
PINE, TN 37890                                 )
                                               )
ILA THOMPSON                                   )
1325 TABITHA STREET                             )
WHITE PINE, TN 37890                            )
                                               )
JENNIFER THOMPSON                              )
176 McKENNA LANE                               )
TAZEWELL, TN 37879                             )
                                               )
DANIEL TIERNEY                                 )
465 SOUTH MAIN STREET, APT. 16                   )
MARION, OH 43302                               )
                                               )
                                               )

PAUL TRENT                                              )
715 BENNETT STREET                                     )
MARION, OH 43302                                       )
                                                       )
PEARL TRENT                                            )
715 BENNETT STREET                                     )
MARION, OH 43302                                       )
                                                       )
HAROLD TRENT                                           )
302 WILLOW STREET                                      )
MARION, OH 43302                                       )
                                                       )
CARLA TRENT                                            )
6605 MARION AGOSTA ROAD LOT 31                         )
MARION, OH 43302                                       )
                                                       )
LANA VERROCCHIO                                        )
659 HENRY STREET                                       )
MARION OH 43302                                        )
                                                       )
LEE WAGNER                                             )
2066 VICTORY ROAD LOT 26                               )
MARION, OH 43302                                       )
                                                       )
TAMMY WALKER                                           )
343 PARK BLVD., REAR                                   )
MARION, OH 43302                                       )
                                                       )
PAUL WALTER JR.                                        )
413CHERRY STREET                                       )
MARION, OH 43302                                       )
                                                       )
MEGAN WARWICK                                          )
1325 TABITHA STREET                                    )
WHITE PINE, TN 37890                                   )
                                                       )
LORI WATERS                                            )
376 OLIVER STREET                                      )
MARION, OH 43302                                       )
                                                       )
KYLE WELCH                                             )
230 PARK BOULEVARD                                     )
MARION, OH 43302                                       )
                                                       )
                                                       )

CAROL WELCH )
230 PARK BOULEVARD )
MARION, OH 43302 )
)
AW, A MINOR, BY AND THROUGH )
HER LEGAL GUARDIAN AND )
NEXT FRIEND MICHELLE MILLER )
710 BENNETT STREET MARION, )
OH 43302 )
)
SANDRA WELTY )
566 EAST GEORGE STREET )
MARION, OH 43302 )
)
TIM WELTY )
566 EAST GEORGE STREET )
MARION, OH 43302 )
)
KIMBERLY WESTBROOK )
484 SOUTH PROSPECT STREET )
MARION, OH 43302 )
)
JAMES WESTBROOK, JR )
484 SOUTH PROSPECT STREET )
MARION, OH 43302 )
)
JAMES WESTBROOK, SR )
484 SOUTH PROSPECT STREET )
MARION, OH 43302 )
)
ASHLEE WHITE )
269 EAST GEORGE STREET )
 MARION, OH 43302 )
)
JUSTIN WHITE )
421 EMERSON STREET )
BUCYRUS, OH 44820 )
)
KATHY WILLIAMS )
995 BERMUDA DRIVE )
MARION, OH 43302 )
)
OMER WILLIAMS )
1090 BERMUDA DRIVE )
MARION, OH 43302 )

40

APRIL WILLIAMS                              )
1090 BERMUDA DRIVE                          )
MARION, OH 43302                            )
                                           )
REGINALD WILLIAMS                           )
285 DULUTH AVENUE                           )
MARION, OH 43302                            )
                                           )
MIGUEL WILLIAMS                             )
3068 MARION-WALDE RD., APT. 11              )
MARION, OH 43302                            )
                                           )
JAMES WILLS                                 )
536 SWISS DRIVE                             )
MARION, OH 43302                            )
                                           )
CAIN WILSON                                 )
552 CHERRY STREET                           )
MARION, OH 43302                            )
                                           )
ZOIE WILSON                                 )
522 CHERRY STREET                           )
MARION, OH 43302                            )
                                           )
ANGEL WILSON                                )
363 PEARL STREET                            )
MARION, OH 43302                            )
                                           )
RILEIGH WILSON                              )
552 CHERRY STREET                           )
MARION, OH 43302                            )
                                           )
MARK WILSON                                 )
552 CHERRY STREET                           )
MARION, OH 43302                            )
                                           )
BRANDI WILSON                               )
552 CHERRY STREET                           )
MARION, OH 43302                            )
                                           )
KENNETH WILSON, JR                          )
987 NORTH STATE STREET                      )
MARION, OH 43302                            )
                                           )
                                           )

CANDI WILSON                          )
882 DAVIDS STREET                     )
MARION,  OH 43302                     )
                                      )
KANDY WILSON                          )
1402 SOUTHLAND PARKWAY                )
MARION, OH 43302                      )
                                      )
DESHAWN WILSON                        )
363 PEARL STREET                      )
MARION, OH 43302                      )
                                      )
MICHAEL WILSON                        )
363 PEARL STREET                      )
MARION, OH 43302                      )
                                      )
AMBER WOLFE                           )
820 WOODROW AVENUE                    )
MARION, OH 43302                      )
                                      )
SHAWN WOLFE                           )
820 WOODROW AVENUE                    )
MARION, OH 43302                      )
                                      )
KEEGAN WOLFE                          )
820 WOODROW AVENUE                    )
MARION, OH 43302                      )
                                      )
SHANNON WYSZYNSKI                     )
333 OLNEY AVENUE                      )
MARION, OH 43302                      )
                                      )
MICHAEL ZALER                         )
4054 GROUND HOG ROAD                  )
MARION, OH 43303                      )
                                      )
TAMMY ZAWORSKI                        )
655 HENRY STREET                      )
MARION OH 43302                       )
                                      )
BONNIE ZWOLLIE                        )
230 PARK BOULEVARD                    )
MARION, OH 43302                      )
                                      )
                     Plaintiffs,      )
                                      )

v.                                              )
                                                )
                                                )
NUCOR STEEL MARION INC.                         )
912 CHENEY AVENUE                               )
MARION, OH 43302                                )
                                                )
    ALSO SERVE:                                 )
    CT CORPORATION SYSTEM                        )
    STATUTORY AGENT FOR
    NUCOR STEEL MARION INC.
    1300 E. NINTH STREET
    CLEVELAND, OH 44114

                    Defendant.


## GENERAL ALLEGATIONS APPLICABLE TO ALL CLAIMS

1.       This is an action for money damages, remediation and or replacement of contaminated soil, and injunctive and declaratory relief arising out of Defendant, Nucor Steel Marion, Inc.'s ("Defendant") contamination of Plaintiffs' properties in Marion, Ohio with particulate matter containing manganese, arsenic and 21 other air toxins.

## BACKGROUND FACTS

2.       "Manganese is a 'hazardous air pollutant,' as identified in Section 112 of Title I of the Clean Air Act Amendments of 1990.  Ambient air concentrations of manganese in the Marion area have been at elevated levels that are unacceptable at protecting public health."[2] manganese is a known toxicant to the central nervous system.  Although manganese is an important element and required for maintaining good health, long-term inhalation and/or exposure has been linked to irreversible neuromotor diseases, such as Parkinson's disease and

---

[2] The Ohio Environmental Protection Agency Director's Final Findings and Orders dated March 14, 2012, at p. 5 of 13, ¶18.

Alzheimer's disease.[3]  Industrial processes, such as, in this case, an electric arc furnace, generate small particles of manganese that may penetrate deep inside an individual brain tissue.  This is because manganese present in the blood system has the ability to bypass the "blood-brain barrier," which consists of "tight" junctions around capillaries leading to the brain.  This barrier ordinarily protects the brain from passage, thru blood supply, of substances into the brain tissue that, upon accumulation over time, can harm brain cell function.  Unfortunately, this is exactly what can happen with manganese: with sufficient exposure, manganese slowly accumulates over time in the brain.  With enough accumulation, manganese can cause a loss of neuropsychological functions such as immediate and delayed memory, delayed visual memory, divided attention, word reading, switching categories, memory, abstract thinking and processing speech.  In fact, the USEPA is engaged in a study of such neuropsychological effects from industrial dispersion of manganese particulate over an area of 2 mile radius from an industrial plant in East Liverpool, Ohio.  Preliminary results from that study indicate that industrial manganese emissions, comparable to the emissions of Defendant in this case, have, over a two mile radius from the source, shown direct correlation to exactly such neuropsychological differences in the general population.  Accordingly, the issues in this case are critical to the Plaintiffs and the general population of the Marion, Ohio area.   This is particularly true in this case where the particulate matter being emitted includes not only manganese, but also 22 other toxics.

**Defendant's Operation and its Deleterious Effect on Plaintiffs and their Properties**

3.      Defendant owns and operates a steel manufacturing facility located at 912 Cheney Avenue, Marion, Ohio (the "Facility").

---

[3] Aschner, M.; Erikson, K.M.; Dorman, D.C. Manganese Dosimetry:  Species Differences and Implications for Neurotoxicity.  CRC Crit. Rev. Toxicol. 2005, 35, 1-32.

4. Defendant's business activities include, among other things, operating an electric arc furnace 24/7 and running a slag processing operation.

5. Defendant's slag processing operations have resulted and, upon information and belief, continue to result in dangerous levels of particulate matter containing manganese plus 22 other toxins being released and entering into, onto and around Plaintiffs' properties, thus contaminating Plaintiffs' soil, vegetation, air, land, property and dwellings. Plaintiffs are now required to incur the monetary expense of professional cleanup/remediation of their properties and the market value of their homes has been reduced to a lower value; moreover, Plaintiffs have incurred real, material or actual and substantial damages that, in addition to the above, include, without limitations: mental anguish and anxiety, physical discomfort, fear of contracting illness, damage to their properties and personal finance, loss of use and enjoyment of their residences and destruction of their community, and diminution in value of their properties, annoyance and emotional distress.  Plaintiffs seek compensatory damages, remediation and/or replacement of the contaminated soil remediation, and punitive damages.

6. Upon information and belief, Defendant continuously operates the EAF on a 24/7 basis.  As a by-product of its steel manufacturing process, dangerous and ultra-hazardous levels of particulate matter containing manganese plus 22 other air toxins are released and leave the Facility and enter into, onto and around Plaintiffs' properties, thus contaminating Plaintiffs' soil, vegetation, air, land, property and dwellings, thereby causing Plaintiffs to suffer mental anguish and anxiety, fear of contracting illness, damage to their properties and personal finance, loss of use and enjoyment of their residences and destruction of their community.

7. Upon information and belief, Defendant (and/or its predecessor in interest) was, and has been, aware of the dangerous and ultra-hazardous release of this particulate matter and

45

has failed to contain the same for years.  By its acts and/or failure to act, Defendant has allowed

the release and/or failure to contain dangerous and ultra-hazardous levels of particulate matter to

worsen at the expense of the private property, health and economic interests of Plaintiffs. Upon

information and belief, the release and transfer of particulate matter from the Facility into, onto

and around Plaintiffs' properties was caused by Defendant's negligent failure to contain the

dangerous and ultra-hazardous levels of this particulate matter onto and around Plaintiffs'

properties.

8.      Upon information and belief, Defendant has knowingly, negligently and/or

recklessly caused this particulate matter to contaminate throughout the disbursement area, which

is depicted via the disbursement map attached hereto as <u>Exhibit A</u>.[4]

9.      Upon information and belief, Defendant has knowingly, negligently and/or

recklessly failed to contain dangerous and ultra-hazardous levels of this particulate matter and

prevent the same from migrating into, onto and around Plaintiffs' properties.

10.     Defendant, as the owner, operator and possessor of the Nucor facility failed to

protect others outside the land (i.e., Plaintiffs) from the harms described herein that have been

caused by certain conditions existing upon Defendant's land.

11.     Defendant's wrongful act has created a multiple exposure pathway, i.e. from the

air and from the soil, made up of hazardous particulate matter in highly dangerous and toxic

levels, and both pathways are attributable to Defendant.  As a result, Plaintiffs seek relief, among

other things, in the form of a Court-established environmental assessment and remediation fund

solely for the purposes of assessing the levels of this hazardous particulate matter on Plaintiffs'

properties, and remediating the same to acceptable health levels. Plaintiffs specifically request

---

[4] Plaintiffs have forwarded and will separately filed a full size map (3ft X 2ft), depicted in Exhibit A, of the
disbursement area for the Court's convenience. A full size copy has also been forwarded to opposing counsel.

Court supervision and participation in the environmental assessment and soil remediation program.

12.     The levels of manganese and the other 22 other air toxins that have invaded Plaintiffs' properties pose both a private and public health hazard, and are harmful to human health.

13.     Exposure to dangerous levels of particulate matter, which is part contains hazardous manganese, has been correlated with, among other things, diminished psychomotor skills, including, and without limitation, immediate and delayed memory, delayed visual memory, divided attention, word reading, cognitive flexibility, naming, abstract thinking and processing speed, cardiovascular problems, respiratory problems, etc.

14.     Upon information and belief, Plaintiffs have been exposed to toxic substances; i.e., elevated levels of particulate matter containing manganese and 22 other air toxins that is harmful to human health.

15.     At all times relevant to this Complaint, and continuing to the present, Defendant has been the "owner" and/or "operator," as those terms are defined in Ohio Adm.Code § 3745-15-01(U), of the steel manufacturing "facility," as defined in Ohio Adm.Code §§ 3745-15-01(U) and 3745-31-01(OO), located at 912 Cheney Ave., Marion, Ohio 43302.

16.     Defendant is a "person" as defined by R.C. § 3704.01 and Ohio Adm.Code §§ 3745-15-01 and 3745-31-01.

17.     The Facility is a "source" of "air contaminants" as those terms are defined in Ohio Adm. Code §§ 3745-15-01(X) and 3745-31-01(H), respectively.

47

18.     Defendant discharged, and will foreseeably continue to discharge, air contaminants without a proper permit and in such manner as to create a nuisance in violation of R.C. § 3704 et seq.

19.     Defendant has failed to employ the requisite control technology, including Best Available Technology ("BAT").

20.     Defendant has violated Ohio Adm.Code § 3745-31-07 by allowing the escape into the open air of fumes, gases, vapors, or other substances in such manner or amounts as to endanger the health, safety, and welfare of the public (and private Plaintiffs), and by causing unreasonable and substantial injury and/or damage to property.

21.     R.C. § 3704.05(A) states, in part, that no person shall cause, permit, or allow emission of an air contaminant in violation of any rule of adopted by the director.

22.     R.C. § 3704.15(G) states that no person shall violate any order, rule, or determination of the director issued, adopted or made under R.C. Chapter 3704.

23.     All rules and orders referenced in this Complaint have been adopted by the director under R.C. Chapter 3704.

## Analysis and Testing

24.     Exhibit A represents a map of the impacted property area surrounding the Nucor facility that is approximately five (5) miles in width and seven (7) miles in height.

25.     The named Plaintiffs herein all reside within five (5) miles from the center of the Nucor property.

26.     The modeled ambient air impact performed by Plaintiffs is based on approved standard USEPA modeling methodologies, including the use of the AEROMOD air dispersion modeling program.

48

27.     The air testing performed by Plaintiffs indicates that the Aeromod Model plot of manganese for the maximum 24-hour impact and has exceeded the OEPA Reference Concentrations (RFC) of .05mg/cubic meter. Further, the particulate matter being omitted from Defendant's facility, even without manganese, is harmful to human health and causes property damage.

## PARTIES, JURISDICTION AND VENUE

28.     Plaintiffs incorporate, by reference, the allegations set forth in each paragraph above as if fully restated herein.

29.     All Plaintiffs named herein, and as will be identified via amendment, are and/or have been, at all relevant times, citizens and residents of Marion County, Ohio, who reside, resided and/or own or owned real property within a 5 (approximate) mile radius of the Nucor facility, and whose person and/or property was exposed to dangerous and ultra-hazardous levels of particulate matter made up of manganese and 22 other known air toxins as a result of Defendants negligent failure to contain the dangerous and ultra-hazardous levels of manganese from leaving the Facility and migrating into, onto and around Plaintiffs' properties.

30.     The Plaintiffs in this Amended Complaint are former and current neighbors of the Nucor facility who allege damages arising out of the facility's air emissions and soil contamination from the escape of aforementioned particulate matter.

31.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1367.

32.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400 because a substantial part of the events or omissions giving rise to the claims occurred in this District.

## COUNT I
## TRESPASS

33.     Plaintiffs incorporate, by reference, the allegations set forth in each paragraph above as if fully restated herein.

34.     At all times mentioned in this complaint, Plaintiffs are (a) the owners; (b) in possession; or (c) acquired a right of action by assignment from his or her grantor against the trespasser of certain real property within the City of Marion, Marion County, Ohio, as more particularly described above.

35.     Defendant controlled the Facility and controlled the emissions that emanated from the Facility.

36.     The migration of the particulate matter, into, under, and around Plaintiffs' properties caused by Defendant's actions and/or inactions has resulted in a contamination and intentional trespass to Plaintiffs' properties for which Defendant is responsible.

37.     The migration of particulate matter emanated from the Facility and invaded Plaintiffs' properties by being deposited on same.

38.     The migration and invasion of the particulate matter into, under and around Plaintiffs' properties has caused substantial physical damage to Plaintiffs' properties and/or caused a substantial interference with Plaintiffs' reasonable and foreseeable use of their land including, without limitation; dangerous levels of manganese that are harmful to humans.

39.     The presence of the dangerous and ultra-hazardous particulate matter on Plaintiffs' properties is unauthorized.

40.     Defendant has neither sought nor obtained Plaintiffs' consent to store its dangerous and ultra-hazardous particulate matter on their properties.

50

41.     The invasion upon Plaintiffs' properties of the aforementioned particulate matter has affected Plaintiffs' interest in their exclusive possession of their respective properties.

42.     Defendant intentionally performed and/or failed to perform certain acts that resulted in the invasion of particulate matter upon Plaintiffs' properties.

43.     It was reasonably foreseeable to Defendant that its actions or failure to act could result in the invasion of hazardous particulate matter upon Plaintiffs' properties, thus causing substantial damages to Plaintiffs' properties and/or substantial interference with Plaintiffs' reasonable and foreseeable use of their lands.

44.     By reason of the trespass, Plaintiffs are entitled to recover damages for, without limitation: (a) loss of use and enjoyment of property; (b) diminution of value of property; (c) soil restoration and remediation; (d) consequential and incidental damages; (e) disgorgement of profits realized; (f) unjust enrichment; (g) environmental assessment and remediation fund; and (h) punitive damages.

45.     Defendant's intentional trespass and unlawful intrusion upon Plaintiffs' properties is the proximate cause of Plaintiffs' sustained injuries and damages.  Due to Defendant's intentional, or willful and wanton conduct, Plaintiffs seek punitive damages.

**WHEREFORE,** as a direct and proximate result of Defendant's trespass, Plaintiffs demand judgment against Defendant for damages in a sum within the jurisdictional limits of this court, together with costs of suit, and such further relief as the court deems proper.  Plaintiffs demand trial by jury on all issues so triable.

## COUNT II
## PRIVATE NUISANCE

46.     Plaintiffs incorporate, by reference, the allegations set forth in each paragraph above as if fully restated herein.

47.     Under Ohio law, a nuisance is the wrongful invasion of a legal right or interest.

48.     A private nuisance, in particular, is the non-trespassory interference with or the invasion of an individual's interest in land.

49.     At all times mentioned in this complaint, Plaintiffs were or still are (a) the owners; (b) in possession; or (c) acquired a right of action by assignment from his or her grantor against the trespasser of certain real property within the City of Marion, Marion County, Ohio, as more particularly described above.

50.     Defendant's actions in causing the migration of the aforementioned particulate matter, into, under and around Plaintiffs' properties have invaded Plaintiffs' interests and have substantially infringed upon the private use and enjoyment of Plaintiffs' land thereby resulting in a private nuisance for which Defendant is responsible.

51.     The nuisance created by Defendant is a direct result of the negligence and intentional acts outlined herein.  As a result of Defendant's actions and/or inactions, Plaintiffs have suffered annoyance, inconvenience, fear, anxiety and physical discomfort arising from the nuisance created by Defendant.

52.     By reason of the nuisance, Plaintiffs are entitled to recover damages for, without limitation: (a) loss of use and enjoyment of property; (b) diminution of value of property; (d) soil restoration and remediation costs; (c) consequential and incidental damages; (d) disgorgement of profits realized; (e) unjust enrichment; (f) environmental assessment and remediation fund and (g) punitive damages.

53.     Defendant's private nuisance is the proximate cause of Plaintiffs' sustained damages.  Due to Defendant's intentional, or willful and wanton conduct, Plaintiffs seek punitive damages.

WHEREFORE, as a direct and proximate result of Defendant's creation of a private nuisance, Plaintiffs demand judgment against Defendant for damages in a sum within the jurisdictional limits of this court, together with costs of suit, and such further relief as the court deems proper.  Plaintiffs demand trial by jury on all issues so triable.

## JURY TRIAL DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that the Court enter an Order or Judgment against Defendant as follows:

A.    awarding each Plaintiff compensatory damages in excess of $25,000.00, as established by proof at trial;

B.    awarding prejudgment and post-judgment interest as provided by law;

C.    awarding reasonable attorney fees;

D.    awarding punitive and exemplary damages;

E.    an Order by this Court declaring Defendant's operations to be in violation of Ohio statutory and common law and, therefore, be declared a public and private nuisance;

F.    an Order requiring Defendant to remediate and or replace the contaminated soil on Plaintiffs' properties , or pay for said remediation/removal;

G.    an Order establishing a Property Assessment and Remediation Fund;

H.    an Order by this Court retaining jurisdiction of the suit for the purpose of making an Order or decree which it may deem necessary at any time to carry out its judgment; and

I.    such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury as to all claims so triable in this action.

Respectfully submitted,

/s/ Thomas J. Connick
Thomas J. Connick (0070527)
CONNICK LAW, LLC
25550 Chagrin Blvd., Suite 101
Cleveland OH 44122
PH: 216-364-0512 | FX: 216-609-3446
Email: tconnick@connicklawllc.com

Edward W. Cochran (0032942)
20030 Marchmont Road
Shaker Heights OH 44122
PH: 216-751-5546
Email: edwardcochran@wowway.com

David B. Waxman (0034590)
Michael R. Blumenthal (0041200)
WAXMAN BLUMENTHAL LLC
Eton Tower
28601 Chagrin Boulevard, Suite 500
Cleveland, OH 44122
PH: 216-514-9400 | FX: 877-468-7077
Email: davidwaxman@waxmanblumenthal.com
        mblumenthal@waxmanblumenthal.com